**Bobby Joe ROBERTS,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102360**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: November 24, 2015

Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Gregory L. Barnes, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Lisa Van Amburg, C.J., Sherri B. Sullivan, P.J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM

Bobby Joe Roberts appeals from the judgment of the circuit court denying, without an evidentiary hearing, his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).